UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINESON CURTIS ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2: 18-cv-1861 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2018, the United States District Court for the Northern District of California transferred this action to this court. (ECF No. 6.) However, on March 5, 2018, plaintiff filed a letter stating that he wanted to "withdraw" this action. (ECF No. 5.) It appears that plaintiff's March 5, 2018 letter requests that this action be voluntarily dismissed.

In an abundance of caution, plaintiff is ordered to inform the court whether he wishes to voluntarily dismiss this action.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall inform the court whether he wishes to voluntarily dismiss this action.

Dated: July 12, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ad1861.ord.kc